UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          : Chapter 13

    JILL N. SCHRECK                 : Bankruptcy No.  19-13245ELF

    Debtor(s)                        :

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on MARCH 26, 2020 at 11:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

    Respectfully submitted,

Date:  February 5, 2020

*/s/Scott F. Waterman*
Scott F. Waterman, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410
Telephone:  (610) 779-1313