United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-13245-elf
Jill N. Schreck                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR              Page 1 of 2               Date Rcvd: Feb 06, 2020
                             Form ID: 152             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
```
db              +Jill N. Schreck,    215 W. Pen Argyl Street,    Pen Argyl, PA 18072-1926
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr              +CSC USDA, RURAL DEVELOPMENT,    PO BOX 66879,    ST. LOUIS, MO 63166-6879
14342928        +Bank of Missouri,    PO Box 5220,    Sioux Falls, SD 57117-5220
14342936       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance,     121 Continental Dr, STE 1,
                  Newark, DE 19713)
14349475         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14342939        +First Premier Bank,    PO Box 5519,    Sioux Falls, SD 57117-5519
14342941        +PA Department of Education/Nelnet claims,     PO Box 82505,   Lincoln, NE 68501-2505
14327192        +Rebecca A. Solarz, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14342944        +Target,   PO Box 673,    Minneapolis, MN 55440-0673
14440209        +UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT,    C/O KML Law Group,
                  Rebecca A. Solarz, Esq.,    701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14437469         USDA, RURAL DEVELOPMENT,    CENTRALIZED SERVICING CENTER,    ATTN: BKR DEPT,   PO BOX 66879,
                  ST. LOUIS, MO 63166-6879
14327193        +United States Department of Agriculture,    Rural Housing Service,
                  Curt Coccodrilli, State Director,    359 East Park Drive, Suite 4,   Harrisburg, PA 17111-2747
14349794        +United States Dept. of Agriculture,    Centralized Servicing Center,    PO Box 66879,
                  St. Louis, MO 63166-6879
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2020 03:17:56
                  Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2020 03:18:19     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2020 03:14:25      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14342929        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 07 2020 03:14:21      Capital One,
                  PO Box 71083,    Charlotte, NC 28272-1083
14351682        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2020 03:13:39
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14342930         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 07 2020 03:17:39      Comenity Bank/Boscov’s,
                  PO BOX 182789,    Columbus, OH 43218-2789
14342931         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 07 2020 03:17:39      Comenity Bank/Catherine’s,
                  PO BOX 182789,    Columbus, OH 43218-2789
14342932         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 07 2020 03:17:40      Comenity Bank/Lane Bryant,
                  PO BOX 182789,    Columbus, OH 43218-2789
14342933         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 07 2020 03:17:40      Comenity Bank/Roaman’s,
                  PO BOX 182789,    Columbus, OH 43218-2789
14342934         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 07 2020 03:17:40      Comenity Bank/Torrid,
                  PO BOX 182789,    Columbus, OH 43218-2789
14342935         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 07 2020 03:17:40      Comenity Bank/Woman Within,
                  PO BOX 182789,    Columbus, OH 43218-2789
14342937        +E-mail/Text: convergent@ebn.phinsolutions.com Feb 07 2020 03:18:19      Convergent,
                  800 SW 39th Street, Suite 100,    PO Box 9004,   Renton, WA 98057-9004
14342938        +E-mail/Text: kzoepfel@credit-control.com Feb 07 2020 03:18:07      Credit Control, LLC,
                  5757 Phantom Drive, Suite 330,    Hazelwood, MO 63042-2429
14342940        +E-mail/Text: bncnotices@becket-lee.com Feb 07 2020 03:17:31      Kohl’s Department Store,
                  PO BOX 3115,    Milwaukee, WI 53201-3115
14335947         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 03:13:38       LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14336174         E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 07 2020 03:13:33       MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14353008        ++E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 07 2020 03:18:14      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14355213         E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2020 03:17:44
                  Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,   Kirkland, WA  98083-0788
14355212         E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2020 03:17:44
                  Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
14327933        +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2020 03:13:57      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14342943        +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2020 03:13:59      Synchrony Bank,   PO Box 965005,
                  Orlando, FL 32896-5005
14361225        +E-mail/Text: bncmail@w-legal.com Feb 07 2020 03:18:12      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2                   Date Rcvd: Feb 06, 2020
                              Form ID: 152             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14359003         +E-mail/Text: electronicbkydocs@nelnet.net Feb 07 2020 03:18:09
                  U.S. Department of Education C/O Nelnet,   121 South 13th Steet, Suite 201,
                  Lincoln, NE 68508-1911
                                                                                                 TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14342942*        +Rebecca A. Solarz, Esquire,   KML Law Group, PC,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14342945*        +United States Department of Agriculture,   Rural Housing Service,
                  Curt Coccodrilli, State Director,   359 East Park Drive, Suite 4,    Harrisburg, PA 17111-2747
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT
               OF AGRICULTURE, RURAL HOUSING SERVICE bkgroup@kmllawgroup.com
              ROBERT   GLAZER    on behalf of Debtor Jill N. Schreck usbcglazer@gmail.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jill N. Schreck
     Debtor(s)

Case No: 19−13245−elf

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 3/26/20 at 11:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

32 − 30
Form 152