# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jill N. Schreck aka Jill Nadine Schreck aka Jill Schreck<br><br>                Debtor(s) | CHAPTER 13 |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL HOUSING SERVICE<br><br>                Movant<br>vs. | NO. 19-13245 ELF |
| Jill N. Schreck aka Jill Nadine Schreck aka Jill Schreck<br>                Debtor(s)<br><br>Scott Waterman<br>                Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL HOUSING SERVICE, which was filed with the Court on or about **December 18, 2019**.

                                                      Respectfully submitted,

                                                      **/s/ Rebecca A. Solarz, Esquire**
                                                      Rebecca A. Solarz, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106

March 26, 2020