**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re   JILL N. SCHRECK            :
                                   :      Case No:  19-13245
                                   :      Chapter:  13
             **Debtor**            :

## NOTICE TO PARTIES OF INTEREST

Notice is hereby given that Robert Glazer, Esquire has filed a First Application for Professional Compensation.  The First Application will seek payment of Attorney's fees and Actual and Necessary Expenses earned in the representation of the Debtors in the above captioned Chapter 13 proceeding in the amount of **$4,000.00.**

Copies of the First Application are on file with the Clerk of the United States Bankruptcy Court of the Eastern District of Pennsylvania.

Objections to the above described must be in writing and filed with the Clerk the United States Bankruptcy Court for the Eastern District of Pennsylvania within fourteen (14) days of the date of this Notice with a copy being served upon the undersigned attorney for the debtor at the address listed below.   If no objections are filed, an Order approving the First Application may be entered.

The address of the Clerk of United States Bankruptcy Court for the Eastern District of Pennsylvania is:   201 Penn Street, Suite 103, Reading, PA 19601.

Respectfully submitted,

McLaughlin & Glazer

Date:  May 1, 2020            By: */s/ Robert Glazer*
                                  Robert Glazer
                                  Attorney for Debtor
                                  Attorney ID No. 30234
                                  26 N. Third Street
                                  Easton, PA 18042
                                  610-258-5609
                                  610-258-4353 (fax)
                                  Usbcglazer@gmail.com