## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re   JILL N. SCHRECK : | |
| : | Case No:  19-13245 |
| : | Chapter:  13 |
| **Debtor** : | |

I, Robert Glazer, Esquire, counsel for Debtor's, certify that I served a true and correct copy of the Debtor's **Notice and Application for Compensation Dated May 1, 2020** was made pursuant to the Standing Order of Court of the United States Bankruptcy Court for the Eastern District, dated April 1, 2003,  No: M 03-3005.

As of June 9, 2020 there have been no Answer, Objection or other responsive pleadings filed.

/s/ Robert Glazer, Esquire
Robert Glazer, Esq.
Attorney for Debtors
Attorney ID No:  30234
MCLAUGHLIN & GLAZER
26 N. Third Street
Easton, PA  18042
610-258-5609