| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-13245-PMM**

JILL N. SCHRECK
215 W. PEN ARGYL STREET
PEN ARGYL  PA    18072

Petition Filed Date: 05/20/2019
341 Hearing Date: 07/30/2019
Confirmation Date: 04/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $850.00 | | 05/13/2021 | $850.00 | | 06/14/2021 | $850.00 | |
| 07/13/2021 | $850.00 | | 08/13/2021 | $850.00 | | 09/14/2021 | $850.00 | |
| 10/14/2021 | $850.00 | | 11/16/2021 | $850.00 | | 12/13/2021 | $850.00 | |
| 01/13/2022 | $850.00 | | 02/15/2022 | $850.00 | | 03/14/2022 | $850.00 | |
| 04/13/2022 | $850.00 | | 05/20/2022 | $850.00 | | 06/13/2022 | $850.00 | |
| 07/13/2022 | $850.00 | | | | | | | |

**Total Receipts for the Period: $13,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROBERT GLAZER ESQ | Attorney Fees | $1,510.00 | $1,510.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $233.00 | $0.00 | $233.00 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,953.69 | $0.00 | $1,953.69 |
| 3 | BECKET & LEE, LLP<br>»» 003 | Unsecured Creditors | $556.82 | $0.00 | $556.82 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $307.15 | $0.00 | $307.15 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $641.09 | $0.00 | $641.09 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $654.56 | $0.00 | $654.56 |
| 7 | GENESIS FINANCIAL SOLUTIONS<br>»» 007 | Unsecured Creditors | $30.69 | $0.00 | $30.69 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $223.10 | $0.00 | $223.10 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $36,130.96 | $0.00 | $36,130.96 |
| 10 | TD BANK USA NA<br>»» 010 | Unsecured Creditors | $384.73 | $0.00 | $384.73 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $195.67 | $0.00 | $195.67 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $290.40 | $0.00 | $290.40 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,480.36 | $0.00 | $1,480.36 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,057.51 | $0.00 | $1,057.51 |
| 15 | USDA RURAL HOUSING SERVICE<br>»» 015 | Mortgage Arrears | $41,082.54 | $23,169.70 | $17,912.84 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,000.00 | Current Monthly Payment: | $882.50 |
| Paid to Claims: | $24,679.70 | Arrearages: | $910.00 |
| Paid to Trustee: | $2,320.30 | Total Plan Base: | $47,325.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.