## IN THE UNITED STATES BANKRUPTCY COURT FOR
**EASTERN                    DISTRICT OF PENNSYLVANIA**
**READING                  DIVISION**

In re

JILL N SCHRECK

Debtors.

In Chapter 13 Proceeding

Case No. 19-13245

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 5/21/2019 Docket Number 6 .

Dated: This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

ROBERT GLAZER
Attorney

SCOTT WATERMAN
Chapter 13   Trustee

Dated:  This 10 th day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257