United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13245-pmm
Jill N. Schreck     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Aug 22, 2024     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill N. Schreck, 215 W. Pen Argyl Street, Pen Argyl, PA 18072-1926 |
| cr | + | CSC USDA, RURAL DEVELOPMENT, PO BOX 66879, ST. LOUIS, MO 63166-6879 |
| 14342936 | + | Continental Finance, 121 Continental Dr, STE 1, Newark, DE 19713-4326 |
| 14342941 | + | PA Department of Education/Nelnet claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 14327192 | + | Rebecca A. Solarz, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14327193 | + | United States Department of Agriculture, Rural Housing Service, Curt Coccodrilli, State Director, 359 East Park Drive, Suite 4, Harrisburg, PA 17111-2747 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 23 2024 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2024 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14342928 | + | Email/Text: famc-bk@1stassociates.com | Aug 23 2024 00:37:00 | Bank of Missouri, PO Box 5220, Sioux Falls, SD 57117-5220 |
| 14342938 | | Email/Text: correspondence@credit-control.com | Aug 23 2024 00:36:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042 |
| 14342929 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 00:48:29 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14351682 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 00:48:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14349475 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2024 00:48:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14342930 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | Comenity Bank/Boscov's, PO BOX 182789, Columbus, OH 43218-2789 |
| 14342931 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | Comenity Bank/Catherine's, PO BOX 182789, Columbus, OH 43218-2789 |
| 14342932 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | Comenity Bank/Lane Bryant, PO BOX 182789, Columbus, OH 43218-2789 |
| 14342933 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | Comenity Bank/Roaman's, PO BOX 182789, Columbus, OH 43218-2789 |
| 14342934 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | Comenity Bank/Torrid, PO BOX 182789, Columbus, OH 43218-2789 |
| 14342935 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | Comenity Bank/Woman Within, PO BOX 182789, Columbus, OH 43218-2789 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14342937 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 23 2024 00:37:32 | Convergent, 800 SW 39th Street, Suite 100, PO Box 9004, Renton, WA 98057-9004 |
| 14342939 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 23 2024 00:48:24 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14342940 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 23 2024 00:36:00 | Kohl's Department Store, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14335947 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14336174 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2024 00:48:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14353008 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 23 2024 00:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14355212 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 00:36:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14355213 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 00:36:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14342943 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2024 00:48:23 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14327933 | ^ | MEBN | Aug 23 2024 00:35:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14361225 | + | Email/Text: bncmail@w-legal.com | Aug 23 2024 00:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14342944 | + | Email/Text: bncmail@w-legal.com | Aug 23 2024 00:36:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14359003 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 23 2024 00:37:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Steet, Suite 201, Lincoln, NE 68508-1911 |
| 14440209 | ^ | MEBN | Aug 23 2024 00:35:11 | UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT, C/O KML Law Group, Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14437469 | | Email/Text: sm.rd.so.bkr@usda.gov | Aug 23 2024 00:36:00 | USDA, RURAL DEVELOPMENT, CENTRALIZED SERVICING CENTER, ATTN: BKR DEPT, PO BOX 66879, ST. LOUIS, MO 63166-6879 |
| 14349794 | + | Email/Text: sm.rd.so.bkr@usda.gov | Aug 23 2024 00:36:00 | United States Dept. of Agriculture, Centralized Servicing Center, PO Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14342942 | *+ | Rebecca A. Solarz, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14342945 | *+ | United States Department of Agriculture, Rural Housing Service, Curt Coccodrilli, State Director, 359 East Park Drive, Suite 4, Harrisburg, PA 17111-2747 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 35

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor UNITED STATES OF AMERICA  UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL HOUSING SERVICE bkgroup@kmllawgroup.com |
| ROBERT GLAZER | on behalf of Debtor Jill N. Schreck usbcglazer@gmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    JILL N. SCHRECK

Chapter 13

Bankruptcy No. 19-13245-PMM

Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 22, 2024**

_____  
PATRICIA M. MAYER  
U.S. BANKRUPTCY JUDGE