| Office Mailing Address: | Send Payments **ONLY** to: |
| --- | --- |
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-13245-PMM**

JILL N. SCHRECK
215 W. PEN ARGYL STREET
PEN ARGYL  PA    18072

Petition Filed Date: 05/20/2019
341 Hearing Date: 07/30/2019
Confirmation Date: 04/30/2020

Case Status: Dismissed After Confirmation on 8/22/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 08/14/2023 | $850.00 | | 09/13/2023 | $850.00 | | 10/16/2023 | $850.00 | |
| 11/27/2023 | $854.99 | | 12/13/2023 | $850.00 | | 01/16/2024 | $850.00 | |
| 02/13/2024 | $850.00 | | 06/07/2024 | $882.00 | | 06/13/2024 | $850.00 | |

**Total Receipts for the Period:  $7,686.99    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $44,886.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
| --- | --- | --- | --- | --- | --- |
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROBERT GLAZER ESQ | Attorney Fees | $1,510.00 | $1,510.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $233.00 | $0.00 | $233.00 |
| 2 | MERRICK BANK<br>»»  002 | Unsecured Creditors | $1,953.69 | $0.00 | $1,953.69 |
| 3 | CAPITAL ONE NA<br>»»  003 | Unsecured Creditors | $556.82 | $0.00 | $556.82 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $307.15 | $0.00 | $307.15 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  005 | Unsecured Creditors | $641.09 | $0.00 | $641.09 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  006 | Unsecured Creditors | $654.56 | $0.00 | $654.56 |
| 7 | GENESIS FINANCIAL SOLUTIONS<br>»»  007 | Unsecured Creditors | $30.69 | $0.00 | $30.69 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  008 | Unsecured Creditors | $223.10 | $0.00 | $223.10 |
| 9 | US DEPARTMENT OF EDUCATION<br>»»  009 | Unsecured Creditors | $36,130.96 | $0.00 | $36,130.96 |
| 10 | TD BANK USA NA<br>»»  010 | Unsecured Creditors | $384.73 | $0.00 | $384.73 |
| 11 | LVNV FUNDING LLC<br>»»  011 | Unsecured Creditors | $195.67 | $0.00 | $195.67 |
| 12 | LVNV FUNDING LLC<br>»»  012 | Unsecured Creditors | $290.40 | $0.00 | $290.40 |
| 13 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $1,480.36 | $0.00 | $1,480.36 |
| 14 | LVNV FUNDING LLC<br>»»  014 | Unsecured Creditors | $1,057.51 | $0.00 | $1,057.51 |
| 15 | USDA RURAL HOUSING SERVICE<br>»»  015 | Mortgage Arrears | $41,082.54 | $39,454.99 | $1,627.55 |

**Chapter 13 Case No. 19-13245-PMM**

| 16 | BANK OF MISSOURI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | COMENITY BANK/BOSCOVS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | COMENITY BANK/CATHERINE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | COMENITY BANK/LANE BRYANT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | COMENITY BANK/ROAMAN'S | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | COMENITY BANK/TORRID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COMENITY BANK/WOMAN WITHIN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | CONTINENTAL FINANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,886.99 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $40,964.99 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,922.00 | Total Plan Base: | $47,325.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.